JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| MICHAEL & MORRIS ENTERPRISES, INC., dba NBC Electronics, a California corporation<br><br>    Plaintiff,<br><br>    vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants, | CASE NO. 13 CV 2396-DMG (PLAx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [17]** |

1   Having considered the Stipulation between Plaintiff Michael & Morris
2   Enterprises, Inc. dba NBC Electronics and The Travelers Indemnity Company of
3   Connecticut, and for good cause shown,
4   **IT IS HEREBY ORDERED THAT:**
5   1.   This entire action is dismissed with prejudice.
6   2.   Each party is to bear its own attorneys' fees and costs.
7   **IT IS SO ORDERED.**

9   DATED:   March 31, 2014

    Dolly M. Gee
    United States District Judge